FPS-393                                                                                       July 14, 2005
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3018

Ingram v. Beeler
(W.D. of PA Civil No. 04-cv-00084E)

To:  Clerk

1)  Application for Leave to Proceed In Forma Pauperis

---

The foregoing Motion is granted.  The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2).  The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court.  See Third Circuit Internal Operating Procedure 10.6.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  July 14, 2005
tyw/cc:  Mr. Walter Ingram
         J. Andrew Ruymann, Esq.

A True Copy:

Marcia M. Waldron, Clerk