BPS-357

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

NO. 05-3018

---

WALTER INGRAM,
*Appellant*

v.

A.F. BEELER, WARDEN

---

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00084E)
District Judge: Honorable Sean J. McLaughlin

---

Submitted Under Third Circuit L.A.R. 27.4 and I.O.P. 10.6
September 1, 2005

Before: RENDELL, FISHER AND VAN ANTWERPEN, CIRCUIT JUDGES

---

**JUDGMENT**

---

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered June 2, 2005, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

DATED: September 8, 2005

ATTEST:

A True Copy:

Marcia M. Waldron
Marcia M. Waldron, Clerk

Certified as a true copy and issued in lieu of a formal mandate on 11/1/05

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit